No. 68083.—Taiyo-California, Inc., et al. *v.* United States, protests 60/10544, etc. (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish blocks similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.*

v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.